UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| MIGUEL HERNANDEZ, <br><br> Plaintiff, <br><br> -v- <br><br> BC SERVICES, INC., <br><br> Defendant. | Case No.: 3:18-cv-01946-SMY-GCS |

### KRISTEN C. WASIELESKI'S MOTION TO WITHDRAW APPEARANCE

Kristen C. Wasieleski, former associate attorney with Consumer Law Partners, LLC, moves this Court to withdraw her appearance as counsel for Miguel Hernandez, states as follows:

1. On October 12, 2018, I filed my appearance on behalf of Miguel Hernandez with the law firm Consumer Law Partners, LLC in this matter.

2. I am no longer associated with the law firm of Consumer Law Partners, LLC and seek to withdraw my appearance as counsel.

3. David S. Klain of the law firm Consumer Law Partners, LLC will continue to represent Miguel Hernandez in this matter.

WHEREFORE, I respectfully request this Court enter an order granting leave to withdraw my appearance as counsel for Miguel Hernandez.

Respectfully submitted this February 14, 2020.

                                                          */s/ Kristen C. Wasieleski*
                                                          Kristen C. Wasieleski #6303018
                                                          333 N. Michigan Ave., Suite 1300
                                                          Chicago, Illinois 60601

                    (312)613-0996 (phone)
                    kwasieleski7@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2020, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF System, which will send notification of such filing to the attorneys of record.

                    By: /s/ *Kristen C. Wasieleski*
                        Kristen C. Wasieleski #6303018